File Hashes for IP Address 98.226.216.11

**ISP:** Comcast Cable
**Physical Location:** Normal, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/24/2012 03:50:29 | 50E2323C100F79C497C6D76861669408E9941EAA | Happy Couple |
| 12/24/2012 03:26:24 | FF6F574E973FBB7EB5E20715C9F6B4135FB7286A | Tarde Espanola |
| 12/24/2012 03:09:34 | 1DE0FA5F65D48F7864F0C9F56AC1A6F26C70DBC4 | Formidable Beauty |
| 12/16/2012 05:34:25 | 116E691FBB99CA29A630B23193A2C0E59263338E | Foot Fetish |
| 12/16/2012 05:32:26 | 3275AC7BCF3A4A75069F663ED5D84BF1D2E3882D | Unforgettable View #2 |
| 10/15/2012 04:22:48 | 019668E9E69D5F319059CC344B10B2FEB53414C2 | The Art of Anal Sex |
| 09/30/2012 01:10:24 | 2D58C7A02DE3E5168E85D0BF45A4036C512AAF88 | Black Lingerie Bliss |
| 09/30/2012 01:09:25 | 8E83A291FF3E20DD8C4F42092B6E0E4BAD5746AE | Come To My Window |
| 09/30/2012 01:07:16 | 0522756A5F18392D40FB2BF5D65F715C1D434B7D | Breakfast in Bed |
| 09/30/2012 01:03:55 | F537201E383882F7E5536D7A372B7E2B55F04EE5 | Amazing Grace |
| 05/26/2012 05:15:44 | 6786B00B53D1F2A56B279E4D09BCB2260931B3F1 | Heaven Sent |
| 05/13/2012 04:40:06 | FFF24BD9C0F76FD0B5683B06F5124ECA6C1789A7 | Tiffany Sex With A Supermodel |
| 05/13/2012 04:28:15 | BA23078533CCBE4BCF265D99A9E6DE3420120683 | One Night Stand |
| 02/11/2012 05:31:19 | C7F83512BA5E4C3FFECE934E98DE2EEBD8E730DD | Anneli Leila Menage A Trois |

**Total Statutory Claims Against Defendant: 14**

EXHIBIT A

CIL23